# United States Court of Appeals
# for the Fifth Circuit

———————

No. 20-20574

———————

STEVEN F. HOTZE, M.D.; WENDELL CHAMPION; HONORABLE STEVE TOTH; SHARON HEMPHILL,

*Plaintiffs—Appellants*,

*versus*

CHRIS HOLLINS, IN HIS OFFICIAL CAPACITY AS HARRIS COUNTY CLERK,

*Defendant—Appellee*.

———————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-3709

———————

Before STEWART, GRAVES, and HIGGINSON, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that appellants' motion for injunctive relief to issue a preliminary injunction banning drive-thru voting on Election Day, November 3, 2020, is DENIED.